**Robert Louis LANG v. STATE.**

No. 26637.

Court of Criminal Appeals of Texas.

Oct. 7, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is murder; the punishment, five years.

Accompanying the record is an affidavit in proper form, executed by appellant, requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.

---

**Ida Mae SPEED v. STATE.**

No. 26707.

Court of Criminal Appeals of Texas.

Oct. 7, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is murder; the punishment, five years.

Accompanying the record is an affidavit in proper form, executed by appellant, requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.

---

**Clifford E. STRADER v. STATE.**

No. 26540.

Court of Criminal Appeals of Texas.

Oct 7, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is burglary; the punishment, two years.

Accompanying the record is an affidavit in proper form, executed by appellant, requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.